FILED
IN OPEN COURT

APR 14 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cr-334 |
| | ) | |
| JINGYUAN LI, | ) | Hon. Leonie M. Brinkema |
| | ) | |
| Defendant. | ) | |

CONSENT ORDER OF FORFEITURE

WHEREAS, on April 14, 2021, the defendant, Jingyuan Li, pleaded guilty to Count Three of the Superseding Indictment, charging the defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), and agreed to the entry of a forfeiture money judgment that is the subject of this order:

WHEREAS, the defendant obtained at least $3,800,000 during his participation in the conspiracy to commit money laundering, an amount for which the defendant will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to notice in the Superseding Indictment that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1) and 18 U.S.C. § 982(a)(1), against the defendant, Jinyuan Li, for $3,800,000, an amount that represents the sum involved in Count Three of the Superseding Indictment, and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets. The defendant stipulates and the Court finds that the requirements of 21 U.S.C. § 853(p)(1) have been met.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and pursuant to Fed. R. Civ. P. 45, the issuance of subpoenas.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order shall be included in the judgment in this case.

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

April ____, 2021
Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge  4/14/21

WE ASK FOR THIS:

Raj Parekh
Acting United States Attorney

By: *[signature]*
David A. Peters
Michael P. Ben'Ary
Assistant United States Attorneys

Deborah Connor
Chief, Money Laundering and Asset Recovery Section
United States Department of Justice
Criminal Division

*[signature]*
Kerry Blackburn
Mary Daly
Trial Attorneys

*[signature]*
Jingyuan Li
Defendant

*[signature]*
Elon Berk, Esq.
Douglas Ramseur, Esq.
Counsel for the Defendant

/s/
_____
Leonie M. Brinkema
United States District Judge