UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:19-cr-334-3  (LMB) |
| JINGYUAN LI, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

COMES NOW the undersigned, and requests the Clerk of Court to enter his appearance as counsel for the Defendant.

Respectfully submitted,

JINGYUAN LI
By Counsel

 /s/ Pleasant S. Brodnax, III
_____

Pleasant S. Brodnax, III
VSB No. 26477
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com