UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:19-cr-334-3 LMB |
| JINGYUAN LI, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Defendant, JINGYUAN LI, and moves the Court to allow the

substitution of Pleasant Brodnax for Elon Berk, as counsel of record.

Respectfully submitted,

JINGYUAN LI
By Counsel

/s/  Pleasant Brodnax
Pleasant S. Brodnax, III
VSB No. 26477
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com

Seen and Agreed:

_____
Elon Berk, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2021, the foregoing pleading was filed
using the CM/ECF system, which will send notification of such electronic filing (NEF) to all
counsel of record.

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III